# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERCE LANDRUM GROCE,<br>a.k.a. HEROE PRINCE<br><br>          Petitioner,<br><br>   v.<br><br>KEN CLARK, Warden, et.al.,<br><br>          Respondent.<br>_____/ | 1:08-cv-00896 LJO DLB HC<br><br>ORDER DIRECTING RESPONDENT TO SERVE MOTION TO DISMISS ON PETITIONER AT CURRENT ADDRESS OF RECORD<br><br>[Doc. 16] |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On September 11, 2008, Respondent filed a motion to dismiss.  (Court Doc. 16.) Prior to the filing, Petitioner filed a notice of change of address on August 5, 2008, indicating that his current address of record is 5394 Walnut Street, Oakland, CA. 94619.  (Court Doc. 15.) Despite the notice of change of address, Respondent served a copy of the motion to dismiss on Petitioner at his prior address of record.  Accordingly, it is HEREBY ORDERED that within ten **(10) days** from the date of service of this order, Respondent shall serve a copy of the motion to dismiss on Petitioner at the address reflected in his August 5, 2008, filing.

    IT IS SO ORDERED.

    Dated:   **September 26, 2008**                **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE