# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERCE LANDRUM GROCE, a.k.a. HEROE PRINCE,<br><br>Petitioner,<br><br>v.<br><br>KEN CLARK, Warden, et.al.,<br><br>Respondent.<br>_____ / | 1:08-cv-00896 LJO DLB HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, GRANTING RESPONDENT'S MOTION TO DISMISS, DIRECTING CLERK OF COURT TO ENTER JUDGMENT, AND DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY<br><br>[Doc. 20] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 30, 2008, the Magistrate Judge issued Findings and Recommendation that the Motion to Dismiss be GRANTED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On November 17, 2008, Petitioner filed a document entitled "Motion Requesting A Exten[s]ion of time to form my Appeal, and formal Notice Request A Appeal on the above Mention Case." (Court Doc. 24.) The Court construes Petitioner's motion as objections to the Findings and Recommendation, as that was not a final appealable order.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

---

[1] To the extent Petitioner wishes to file a notice of appeal from the instant final order, he must do so within thirty days from the date of entry of judgment. See FRAP 4(a)(1)(A).

1  a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's
2  objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
3  supported by the record and proper analysis.  Petitioner's objections present no grounds for
4  questioning the Magistrate Judge's analysis.
5        Accordingly, IT IS HEREBY ORDERED that:
6    1.    The Findings and Recommendation issued October 30, 2008, is ADOPTED IN
7        FULL;
8    2.    Respondent's Motion to Dismiss is GRANTED;
9    3.    The Petition for Writ of Habeas Corpus is DISMISSED with prejudice; and
10   4.    The Clerk of the Court is DIRECTED to close this action. IT IS SO ORDERED.
11 **Dated:   November 24, 2008**           /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE